# UNITED STATES DISTRICT COURT

for the

Western District of Washington

PAUL JUNGER, an individual

*Plaintiff(s)*

v.

CITY OF TACOMA, a Washington municipality,

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY OF TACOMA
747 Market Street
Tacoma, WA 98402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JORDAN TAREN
TAREN LAW GROUP PLLC
705 SECOND AVE. SUITE 1500
SEATTLE, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*